# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**673**
**KA 12-01934**
PRESENT: CENTRA, J.P., LINDLEY, SCONIERS, VALENTINO, AND DEJOSEPH, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

                              V                                    ORDER

KIMBERLY M. DOYLE, DEFENDANT-APPELLANT.
(APPEAL NO. 1.)

---

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (ROBERT B. HALLBORG, JR., OF COUNSEL), FOR DEFENDANT-APPELLANT.

FRANK A. SEDITA, III, DISTRICT ATTORNEY, BUFFALO (DAVID PANEPINTO OF COUNSEL), FOR RESPONDENT.

--------------------------------------------------------------------------------

    Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), rendered September 7, 2012.  The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

    It is hereby ORDERED that said appeal is unanimously dismissed (*see People v Griffin*, 239 AD2d 936).

Entered:  June 13, 2014                      Frances E. Cafarell
                                             Clerk of the Court